|  |  |
|---|---|
| **PATRICK BYRNE, et al.,** : | UNITED STATES DISTRICT COURT |
| : | DISTRICT OF NEW JERSEY |
| **Plaintiffs,** : | |
| : | Hon. Dennis M. Cavanaugh |
| -vs- : | Civil Action No. 05-68 (DMC) |
| : | |
| **LOUIS CALASTRO, et al.,** : | <u>ORDER</u> |
| : | |
| **Defendants.** : | |

**THIS MATTER** having come before the Court on its own initiative; and the parties having previously withdrawn certain motions; and the Court having directed the parties to promptly refile their motions; and the Court having considered the matter;

**IT IS** on this 11th day of October, 2007

**ORDERED** that all previously filed motions be filed on or before **November 1, 2007**; and it is further

**ORDERED** that the parties confer and submit a proposed scheduling order regarding discovery and all other aspects of the case by **November 1, 2007**.

                                           S/Mark Falk
                                           **MARK FALK**
                                           **United States Magistrate Judge**

Orig.: Clerk of the Court
cc: Hon. Dennis M. Cavanaugh, U.S.D.J.
      All Parties
      File