Michael G. McNally (MM-6714)
**KROLL HEINEMAN, LLC**
Metro Corporate Campus One
99 Wood Avenue South, Suite 307
Iselin, New Jersey 08830
Tel: (732) 491-2100
Fax: (732) 491-2120
Attorneys for Plaintiffs Patrick Byrne and Paul Drazen,
as Trustees to LIUNA, Local No. 734 Pension and Welfare Funds

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| PATRICK BYRNE and PAUL DRAZEN, as TRUSTEES OF THE LABORERS' INTERNATIONAL UNION OF NORTH AMERICA LOCAL 734 PENSION FUND and LABORERS' INTERNATIONAL UNION OF NORTH AMERICA LOCAL 734 WELFARE AND EDUCATIONAL FUND, and LABORERS LOCAL 734,<br><br>Plaintiffs,<br><br>-vs-<br><br>LOUIS CALASTRO, SALVATORE SALERNO, MICHAEL ROSADO, JOSEPH GAMBARDELLA, PETER RIZZO, JOHN FRITZSCH, AUGUST VERGALITO, RHODA VERGALITO, JAMIE DOLAN, EDWARD DOLAN, BERNARD DWYER, ISAAC BAROCUS a/k/a "Irving Barocus," FRANK PERNICE, CHARLES J. PURCELL, CJP ACCOUNTING, INC., PURCELL ORGANIZATION, INC., DENNIS J. JASTRZEBSKI, DDS, CHRISTOPHER SABATELLA, DANIEL CASTIGLIONE, JOHN DOES 1-26, and ABC CORPORATIONS 1-26,<br><br>Defendants. | Hon. Dennis M. Cavanaugh, U.S.D.J.<br><br>Civil Action No. 05-68 (DMC)<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE AS TO DEFENDANTS KEVIN LYNCH, CPA AND LYNCH & MURRAY, CPAS** |

**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned counsel

for Plaintiffs in the above-captioned matter and the undersigned counsel for Defendants Kevin

Lynch, CPA, and Lynch & Murray, CPAs, that pursuant to Fed. R. Civ. P. 41(a) the above-entitled action, and all related claims, cross-claims and counterclaims are dismissed with prejudice as to Defendants Kevin Lynch, CPA, and Lynch & Murray, CPAs, in light of the settlement of all disputed claims and issues by and between these parties.


MICHAEL G. MCNALLY
**KROLL HEINEMAN, LLC**
Attorneys for Plaintiffs


Dated: July 11, 2008
at Iselin, New Jersey

KEVIN L. SPAGNOLI
**MILBER MAKRIS PLOUSADIS &
SEIDEN, LLP**
Attorneys for Defendants Kevin Lynch, CPA,
and Lynch & Murray, CPAs


Dated: July 14, 2008
at Rochelle Park, New Jersey


**SO ORDERED:**


Hon. Dennis M. Cavanugh, U.S.D.J.

Dated: _____, 2008