# MMP&S

## MILBER MAKRIS PLOUSADIS & SEIDEN, LLP

*ATTORNEYS AT LAW*
218 ROUTE 17N    SUITE 502    ROCHELLE PARK, NJ 07662
TELEPHONE: 201.773.7000    FAX: 201.773.7005
MAIL@MILBERMAKRIS.COM
HTTP://WWW.MILBERMAKRIS.COM

July 14, 2008

**VIA ECF AND FIRST CLASS MAIL**

The Honorable Dennis M. Cavanaugh, U.S.D.J.
Frank R. Lautenberg U.S. Post Office Courthouse Building
Room 451
Federal Square
P.O. Box 999
Newark, N.J. 07101-0999

   Re: *Patrick Byrne, et al. v. Louis Calastro, et al.*
     Docket No. 05-68 (DMC)
     Our File No.:  221-4822

Dear Judge Cavanaugh:

  We represent Lynch & Murray CPAS and Kevin Lynch, CPA in the above-referenced matter. We enclose a fully-executed Stipulation of Dismissal with Prejudice as to our clients, and respectfully request that the Court endorse this stipulation, pursuant to Rule 41(a), by So Ordering same where indicated. We also ask that the Court please return a copy of the "So Ordered" stipulation to this office in the self-addressed, stamped envelope, which we enclose with the mailed copy of this letter.

  Thank you for your kind attention to this matter.

           Respectfully yours,
          MILBER MAKRIS PLOUSADIS
           & SEIDEN, L.L.P.

           /s/

          Kevin L. Spagnoli (KLS-1717)

Encl.
cc: Hon. Mark Falk, U.S.M.J.
   All counsel of record (via electronic mail)

WOODBURY, NEW YORK  ▪  WHITE PLAINS, NEW YORK  ▪  WILLIAMSVILLE, NEW YORK
NEW JERSEY  ▪  CONNECTICUT  ▪  FLORIDA