DECOTIIS, FITZPATRICK, COLE & WISLER, LLP
Glenpointe Center West, Suite 31
500 Frank W. Burr Boulevard
Teaneck, New Jersey 07666
(201) 928-1100
*Attorneys for Third-Party Defendants,*
*Peter F. Vaira, Esq. and Terrence O'Sullivan*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| PATRICK, BYRNE, et al.<br><br>Plaintiffs,<br><br>v.<br><br>LOUIS CALASTRO, et al.<br><br>Defendants. | Civil Action No. 05-68 (DMC)<br><br>Hon. Dennis M. Cavanaugh, U.S.D.J.<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE AS TO THIRD-PARTY DEFENDANT TERRENCE O'SULLIVAN** |

**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned counsel for defendant Salvatore Salerno and third-party defendant Terrence O'Sullivan (individually and in his capacity as General President of LIUNA) that pursuant to Fed. R. Civ. P. 41(a) the above-entitled action, and all related claims, cross-claims and counterclaims, are dismissed with prejudice as to third-party defendant O'Sullivan, in light of the settlement of all disputed claims and issues by and between these parties.

Barton Barton & Plotkin
~~OLSHAN GRUNDMAN FROME~~
~~ROSENZWEIG & WOLOSKY, LLP~~
*Attorneys for Defendant Salvatore Salerno*

By: _____
~~Kyle Bisceglie~~
Roger E. Barton

Dated:   September 24, 2008

DECOTIIS, FITZPATRICK, COLE & WISLER, LLP
*Attorneys for Third-Party Defendants,*
*Peter F. Vaira, Esq. and Terrence O'Sullivan*

By: _____
Victoria A. Flynn

Dated:   September 2, 2008

SO ORDERED:

10/1/08 _____
Hon. Dennis M. Cavanaugh, U.S.D.J.

904667-1