Michael G. McNally (MM-6714)
**KROLL HEINEMAN, LLC**
Metro Corporate Campus One
99 Wood Avenue South, Suite 307
Iselin, New Jersey 08830
Tel: (732) 491-2100
Fax: (732) 491-2120
Attorneys for Plaintiffs Patrick Byrne and Paul Drazen,
as Trustees to LIUNA, Local No. 734 Pension and Welfare Funds

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| PATRICK BYRNE and PAUL DRAZEN, as TRUSTEES OF THE LABORERS' INTERNATIONAL UNION OF NORTH AMERICA LOCAL 734 PENSION FUND and LABORERS' INTERNATIONAL UNION OF NORTH AMERICA LOCAL 734 WELFARE AND EDUCATIONAL FUND, and LABORERS LOCAL 734,<br><br>Plaintiffs,<br><br>-vs-<br><br>LOUIS CALASTRO, SALVATORE SALERNO, MICHAEL ROSADO, JOSEPH GAMBARDELLA, PETER RIZZO, JOHN FRITZSCH, AUGUST VERGALITO, RHODA VERGALITO, JAMIE DOLAN, EDWARD DOLAN, BERNARD DWYER, ISAAC BAROCUS a/k/a "Irving Barocus," FRANK PERNICE, CHARLES J. PURCELL, CJP ACCOUNTING, INC., PURCELL ORGANIZATION, INC., DENNIS J. JASTRZEBSKI, DDS, CHRISTOPHER SABATELLA, DANIEL CASTIGLIONE, JOHN DOES 1-26, and ABC CORPORATIONS 1-26,<br><br>Defendants. | Hon. Dennis M. Cavanaugh, U.S.D.J.<br><br>Civil Action No. 05-68 (DMC)<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT <u>CHRISTOPHER SABATELLA</u>** |

**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned counsel for Plaintiffs in the above-captioned matter and Defendant Christopher Sabatella, that pursuant to

Fed. R. Civ. P. 41(a) the above-entitled action, and all related claims, cross-claims and counterclaims are dismissed with prejudice as to Defendant Christopher Sabatella, in light of the settlement of all disputed claims and issues by and between these parties.

MICHAEL G. MCNALLY
**KROLL HEINEMAN, LLC**
Attorneys for Plaintiffs

Dated: October 7, 2008
at Iselin, New Jersey

STEVEN B. HOROWITZ
**ROTH HOROWITZ, LLC**
Attorneys for Christopher Sabatella

Dated: October 10, 2008
at Springfield, New Jersey

**SO ORDERED:**

_____
Hon. Dennis M. Cavanugh, U.S.D.J.

Dated: _____, 2008